**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAVIER MONGE | : |
| | : Civil Action No. 22-CV-5396(KAM) |
| Plaintiff, | : |
| v. | : |
| KIONE ENTERPRISE and TIPPLING INC. | : **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | : |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AGAINST DEFENDANTS**

Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, *without* prejudice, against the DefendantS

DATED:    JANUARY 26, 2023
          New York, New York

/s/ Jennifer E.Tucek
Jennifer E. Tucek, Esq                    .
**For Plaintiff Javier Monge**
315 Madison Avenue, Suite 3054
New York, New York 10017